JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE M. GARZA, JR., | ) Case No. SACV 13-0432-ABC (DTB) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| JOHN N. KATAVICH, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 2/19/2014

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

1